UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA STOCKING,

              Plaintiff,

– against –

NEWMARK KNIGHT FRANK VALUATION & ADVISORY LLC,

              Defendant.

**ORDER**

22 Civ. 7347 (ER)

RAMOS, D.J.:

      This matter was transferred to this Court on August 29, 2022.  Doc. 33.  Accordingly, the Court will hold a telephonic status conference on September 6, 2022 at 3 p.m.  The parties are directed to dial 877-411-9748 and enter access code 3029857# when prompted.

It is SO ORDERED.

Dated:   August 30, 2022
            New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.