UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA STOCKING,

                Plaintiff,

– against –

NEWMARK KNIGHT FRANK VALUATION &
ADVISORY LLC,

                Defendant.

**ORDER**

22-cv-7347 (ER)

Ramos, D.J.:

    At a status conference held on September 6, 2022, the Court strongly encouraged Stocking to retain an attorney and provide the Court with a status update by October 6, 2022. Min. Entry dated Sept. 6, 2022.  On October 7, 2022, the Court granted Stocking's request for an extension of time to obtain new counsel.  Doc. 39.  Thereafter, on November 1, 2022, Stocking requested a telephonic conference.  Doc. 40.  However, as of this date, Stocking has not provided the Court with a status update regarding her efforts to retain counsel.

    Stocking is directed to submit a letter updating the status of her efforts to retain new counsel, or whether she intends to proceed as her own counsel (i.e., *pro se*), by Friday, January 13, 2023.  If Stocking intends to proceed *pro se*, she may call the Court's Pro Se Intake Unit at (212) 805-0175.

It is SO ORDERED.

Dated:   December 30, 2022
            New York, New York

                                          Edgardo Ramos, U.S.D.J.