UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

MARIA STOCKING,

                                                                                             22 CV 07347 (ER)

        Plaintiff,

-against-

NEWMARK KNIGHT FRANK

VALUATION & ADVISORY, LLC,

Defendants.

----------------------------------------------------------- X

## PLAINTIFF'S MOTION TO RESCIND

Plaintiff, Maria Stocking, hereby moves this Court to rescind the previously filed ***Memorandum of Law in Support of Plaintiff's Motion to Vacate the Southern District of Florida Court Orders, Specifically Jury Trial Waiver and Limitations on Damages***, dated August 15, 2024 on the grounds that Plaintiff is pursuing a revised legal strategy and is also experiencing some matters that have waned her desire to continue with the previous motion. This motion is made pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, and is based on the following:

**REVISED LEGAL STRATEGY**

Plaintiff has reassessed the legal approach in this case and, after careful consideration, has decided to pursue a revised strategy. This revised strategy focuses on addressing the efficient submission of Plaintiff's compelling discovery, Both of Plaintiff's former attorneys knew of the existence of critical evidence, yet both failed to act and not submit it during discovery, resulting in their

imposition of a three-year delay in the proceedings. Plaintiff is committed to being efficient with the court's time.

Broader procedural and substantive issues that have come to light during the litigation, as detailed in the attached *Declaration of Maria Stocking* and *Motion to Appoint Special Master and Assign Independent Counsel.* Furthermore, I will not be rescinding any other motions filed related to this case. Plaintiff is solely rescinding her motion to vacate Florida judgements

**PERSONAL MATTERS:**

Plaintiff is currently experiencing matters that have waned her desire to fully engage with and continue pursuing the previous motion. These personal matters have necessitated a reevaluation of the legal strategy and a shift in focus to ensure that Plaintiff can manage both her personal and legal obligations effectively. Rescinding the prior motion will allow Plaintiff to address these matters while pursuing a revised legal strategy that better aligns with the current life experiences.

**REQUEST FOR RELIEF:**

Plaintiff respectfully requests that this Court rescind the previously filed *Memorandum of Law in Support of Plaintiff's Motion to Vacate the Southern District of Florida Court Orders, Specifically Jury Trial Waiver and Limitations on Damages*, in order to allow Plaintiff to pursue the revised legal strategy effectively while experiencing her personal life. This rescission is essential to ensure that Plaintiff can fully address the procedural and substantive issues that have arisen in this case.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully asks this Court to grant this Motion to Rescind the previously filed ***Memorandum of Law in Support of Plaintiff's Motion to Vacate the Southern District of Florida Court Orders, Specifically Jury Trial Waiver and Limitations on Damages*** and to provide any further relief the Court deems appropriate.

                                        Respectfully submitted,

Dated: August 24, 2024                  /s/Maria Stocking

Miami, Florida                      Maria Stocking

                                        888 Biscayne Boulevard, 57th Floor

                                        Miami, Florida 33132

                                        786-857-3681

                                        Mstocking747@outlook.com

                                        *Plaintiff*