UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA STOCKING,

                Plaintiff,

        – *against* –

NEWMARK KNIGHT FRANK VALUATION & ADVISORY LLC,

                Defendant.

**ORDER**

22-cv-07347 (ER)

RAMOS, D.J.:

     Maria Stocking, now proceeding pro se, has filed the following motions: (1) a motion for the Court to appoint a special master or independent counsel to oversee this litigation (Doc. 81); (2) a motion for the Court to vacate all judgments and orders issued by the U.S. District Court for the Southern District of Florida before the case was transferred to this District (Doc. 82); (3) a motion for the Court to issue an order prohibiting Stocking's former attorneys from contacting her (Doc. 84); and (4) a motion for sanctions based on spoliation of evidence and obstruction of justice, along with a request for an evidentiary hearing on that motion (Docs. 93, 94).

     For the reasons set forth on the record at today's status conference, the motions to appoint a special master or independent counsel and to prohibit Stocking's former attorneys from contacting her are denied. Stocking has moved to rescind her motion to vacate the Florida court's orders (Docs. 89, 90, 92). That motion to rescind is granted. Finally, the Court has set the following briefing schedule on Stocking's motion for sanctions: Stocking shall submit any additional arguments and supporting evidence by September 20, 2024; Newmark shall respond by October 18, 2024; and Stocking shall reply by November 1, 2024.

The Clerk of Court is respectfully directed to terminate the motions, Docs. 81, 82, 84, 89, 90, 92.

It is SO ORDERED.

Dated:   September 4, 2024
        New York, New York

                                                                     EDGARDO RAMOS, U.S.D.J.