UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA STOCKING,

                Plaintiff,

        – *against* –

NEWMARK KNIGHT FRANK VALUATION & ADVISORY LLC,

                Defendant.

**ORDER**

22-cv-07347 (ER)

RAMOS, D.J.:

    The Court held a conference today to address a number of pending applications. For the reasons set forth on the record, the applications are resolved as follows:

    First, Stocking moved to compel Newmark to produce certain documents concerning its relationship with Cole, Scott & Kissane, P.A. Docs. 96, 97. That motion is denied without prejudice, meaning that Stocking may refile the motion in the future.

    Second, Newmark asked the Court to order Stocking to abide by the Confidentiality Stipulation signed by her former attorney. Docs. 100, 104. Newmark is directed to submit a revised draft of the stipulation to Stocking for her review.

    Third, Newmark requested a premotion conference for a motion to compel outstanding discovery from Stocking. Doc. 105. The parties are directed to meet and confer concerning the requested discovery. If the parties' discussions do not resolve the issues, Newmark may file a motion to compel without requesting another premotion conference.

    Fourth, Stocking requested that the Court permit oral witness testimony relating to her motion for sanctions. Doc. 112. Stocking may submit the witness testimony by affidavit. The Court will not hold an in-person hearing unless it deems it necessary.

Fifth, Stocking's motion to rescind a prior request for an extension (Doc. 111) is granted.  Doc. 113.

Finally, the Court has set the following briefing schedule on Stocking's motion for sanctions:  Stocking shall submit any additional arguments and supporting evidence by October 25, 2024; Newmark shall respond by November 15, 2024; and Stocking shall reply by December 6, 2024.

The Clerk of Court is respectfully directed to terminate Docs. 96, 97, 111, 112, and 113.

It is SO ORDERED.

Dated:   September 27, 2024
         New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.