UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

MARIA STOCKING,

                                             22 CV 07347 (ER)

       Plaintiff,

-against-

NEWMARK KNIGHT FRANK

VALUATION & ADVISORY, LLC,

Defendants.

----------------------------------------------------------- X

> **MEMO ENDORSED**
>
> Stocking's request for a deadline of November 18, 2024 for her to file responses to Defendant's objections is granted.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: November 15, 2024
> New York, New York

**PLAINTIFF'S MOTION TO SET DEADLINE FOR RESPONSE TO DEFENDANT'S OBJECTIONS (DOCUMENTS 121 AND 122) FOR NOVEMBER 18, 2024**

The Plaintiff, Maria Stocking respectfully moves this Honorable Court to set a deadline for Plaintiff's response to the following Defendant's objections:

1. Defendant's Objection to Plaintiff's Motion for Issuance of Conditional Subpoena for Deposition Upon Written Questions and Protective Order (Document 121), filed on November 8, 2024

2. Defendant's Objection to Plaintiff's Motion for Leave (Document 122), filed on November 8, 2024

## BACKGROUND

Defendant has filed objections regarding Plaintiff's Motion for Issuance of a Conditional Subpoena and Protective Order (Document 121) and Plaintiff's Motion for Leave (Document 122). These objections require a comprehensive response to ensure all issues are adequately addressed.

2. Need for Deadline: Plaintiff requests a specific deadline to avoid any unnecessary delays in these proceedings and to ensure efficient management of the case timeline.

3. Proposed Deadline: Plaintiff respectfully requests that the Court set a deadline of November 18, 2024, in response to Defendant's objections.

Respectfully submitted,

Dated: November 12, 2024

/s/*Maria Stocking*

Miami, Florida

Maria Stocking

888 Biscayne Boulevard, 57th Floor

Miami, Florida 33132

786-857-3681

Mstocking747@outlook.com

*Plaintiff*