UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

MARIA STOCKING,

                             22 CV 07347 (ER)

       Plaintiff,

-against-

NEWMARK KNIGHT FRANK

VALUATION & ADVISORY, LLC,

Defendants.

> **MEMO ENDORSED**
>
> Newmark is directed to respond by December 13, 2024.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: November 25, 2024
> New York, New York

**PLAINTIFF'S MOTION TO ADMIT DOCUMENT 85 AS EVIDENCE**

Plaintiff, Maria Stocking, appearing pro se, respectfully moves this Court to admit Document 85 into evidence to support her claims in this case. Document 85 comprises Plaintiff's sworn declaration detailing allegations of collusion, conspiracy, obstruction ~~of justice, and quid pro quo~~ bribery by Defendant, alongside evidentiary exhibits. This document is directly relevant to the issues at the core of this litigation and is essential for substantiating Plaintiff's claims.

**Background**

Document 85, filed under the docket as Doc. 85, is a declaration by Plaintiff, signed under penalty of perjury, outlining following allegations and accompanying evidence.

1. Allegations of collusion and conspiracy between Defendant and third parties to interfere with the fair administration of justice.

2. Acts of obstruction of justice, including the destruction of relevant evidence and the disclosure of confidential witness identities.

3. Evidence of quid pro quo bribery, demonstrating preferential treatment by Defendant to certain third parties in exchange for actions intended to prejudice Plaintiff's case.

4. Document 85 includes supporting evidentiary exhibits that corroborate these allegations,

While Document 85 was previously filed as part of Plaintiff's submissions, Plaintiff asserts that it has not been formally entered into evidence. Plaintiff seeks to ensure its admission into evidence so that it is properly considered during these proceedings. The Court is respectfully directed to review Document 85 as previously filed on the docket.

**LEGAL BASIS**

**Relevance**: Under **Federal Rule of Evidence 401**, evidence is admissible if it has any tendency to make a fact of consequence more or less probable. Document 85 directly supports Plaintiff's claims by providing detailed allegations and supporting evidence of Defendant's misconduct.

**Authentication**: Document 85 is authenticated by Plaintiff's signature and sworn declaration under penalty of perjury, as well as by the attached supporting exhibits, in accordance with **Federal Rule of Evidence 901(a)**.

**CONCLUSION**

Document 85 is central to Plaintiff's case, as it details key allegations of misconduct by Defendant and provides supporting evidence necessary for the fair adjudication of this matter. Plaintiff respectfully requests that the Court admit Document 85 into evidence.

Dated: November 22, 2024

                                 /s/*Maria Stocking*

Miami, Florida                 Maria Stocking

                                   888 Biscayne Boulevard, 57th Floor

                                   Miami, Florida 33132

                                   786-857-3681

                                   Mstocking747@outlook.com

                                   *Plaintiff*

**AFFIDAVIT OF AUTHENTICATION BY PLAINTIFF**

I, Maria Stocking under penalty of perjury, declare as follows:

1. I am the Plaintiff in the above-captioned matter.

2. I have personal knowledge of the facts set forth herein.

3. Referenced is Document 85, which contains my sworn declaration detailing allegations of collusion, conspiracy, obstruction of justice, and quid pro quo bribery by Defendant, along with supporting evidentiary exhibits.

4. Document 85 is relevant to this matter because it provides detailed information and evidence substantiating Plaintiff's claims, including communications, court records, and other records that demonstrate Defendant's misconduct.

5. To the best of my knowledge and belief, Document 85 is authentic and has not been altered in any way.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 22, 2024

Miami, Florida

*/s/Maria Stocking*

Maria Stocking