UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA STOCKING,

                Plaintiff,

– *against* –

NEWMARK KNIGHT FRANK VALUATION
& ADVISORY LLC,

                Defendant.

**ORDER**

22-cv-07347 (ER)

R‍AMOS, D.J.:

On December 31, 2024, Newmark filed a motion to compel discovery. Doc. 161. Stocking is directed to respond by **January 21, 2025**, and Newmark is directed to reply by **January 28, 2025**.

It is SO ORDERED.

Dated:   January 2, 2025
            New York, New York

                                        E‍DGARDO R‍AMOS, U.S.D.J.