UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA STOCKING,

                Plaintiff,

– against –

NEWMARK KNIGHT FRANK VALUATION
& ADVISORY LLC,

                Defendant.

**ORDER**

22-cv-07347 (ER)

Ramos, D.J.:

      Stocking filed a motion to compel discovery on March 14, 2025. Doc. 189. On April 11, 2025, Newmark filed its opposition to the motion. Doc. 193.

      Newmark argues, in part, that "Plaintiff never served the at-issue discovery requests on Newmark," "Plaintiff never attempted to meet and confer with Newmark concerning the requests[,]" and "Newmark never received Plaintiff's November 10, 2024 deficiency letter referenced in the Motion[.]" *Id.* at 1, 2. Newmark states: "Put simply, the filing of the Motion was the first notice Newmark received of these discovery requests or any supposed deficiencies in its discovery responses." *Id.* at 2.

      For the foregoing reasons, the motion is DENIED.

      The Clerk of Court is respectfully directed to terminate the motion, Doc. 189.

It is SO ORDERED.

Dated:    April 15, 2025
           New York, New York

                                          Edgardo Ramos, U.S.D.J.