April 28, 2025

The Honorable Edgardo Ramos

Southern District of New York

40 Foley Square

New York, NY 10007

> **MEMO ENDORSED**
>
> The Clerk of Court is respectfully directed to terminate the April 28, 2025 motion, Doc. 198.
>
> SO ORDERED.
>
> _[signature]_
>
> Edgardo Ramos, U.S.D.J.
> Dated: April 30, 2025
> New York, New York

Re: *Stocking v. Newmark Knight Frank Valuation & Advisory, LLC*

Case No. 1:22-cv-07347

Dear Judge Ramos:

This afternoon, upon reviewing the docket, I noticed that Document 197 did not contain the referenced exhibits. Believing I had inadvertently filed my original Motion to Reconsider without attaching Exhibits A, B, and C, I promptly refiled a corrected Motion to Reconsider with the exhibits included in an effort to meet today's fourteen-day deadline.

Upon further review, I realized that Document 195 is, in fact, the originally filed Motion to Reconsider that does include the exhibits, not Document 197.

Accordingly, I respectfully retract any Motions to Reconsider that I refiled on April 28, 2025.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Maria Stocking

Maria Stocking, Plaintiff

888 Biscayne Boulevard, 57th Floor

Miami, FL 33132

mstocking@fastmail.se